# UNITED STATES DISTRICT COURT
## for the

### Western District of North Carolina

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| JEREMIAH WELDON SLOAN | ) | Case No:   3:93CR00028-001 |
| | ) | USM No:   10433-058 |
| Date of Previous Judgment:  8/7/1995 | ) | None |
| (Use Date of Last Amended Judgment if Applicable) | ) | Defendant's Attorney |

### Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of ■ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:

☐ DENIED.   ■ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of   Life (Ct 1) & 480   (Ct. 7)   months **is reduced to**   360 months (Cts. 1 & 7)  .

## I.  COURT DETERMINATION OF GUIDELINE RANGE (Prior to Any Departures)

| | | | | |
|---|---|---|---|---|
| Previous Offense Level: | 43 | Amended Offense Level: | 42 | |
| Criminal History Category: | III | Criminal History Category: | III | |
| Previous Guideline Range: | Life  to  Life  months | Amended Guideline Range: | 360  to Life  months | |

## II.  SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE

■ The reduced sentence is within the amended guideline range.

☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.

☐ Other (explain):   *The defendant is also serving consecutive sentences of 5 years, 20 years and 20 years in Counts Two, Three and Four, respectively, for violations of 18 U.S.C. § 924(c).

## III.  ADDITIONAL COMMENTS

Upon release from imprisonment, and absent a residential plan accepted by the U.S. Probation Officer prior to release from incarceration, it is ordered that as a condition of supervised release the defendant shall submit to the local Residential Reentry Center for a period not to exceed 90 days, with work release, at the direction of the U.S. Probation

Except as provided above, all provisions of the judgment dated  8/7/1995   shall remain in effect.

**IT IS SO ORDERED**.

Order Date:   October 1, 2009

Effective Date: _____
    (if different from order date)

Graham C. Mullen
United States District Judge