IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:93cr28-1

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| JEREMIAH WELDON SLOAN (1) | ) | |
| | ) | |

THIS MATTER IS BEFORE THE COURT ON the Motion to Reduce Sentence [doc. 84]. Based on the pleading and the government's response, the motion is GRANTED. This court therefore reduces petitioner's sentence to 292 months imprisonment. The Clerk is directed to prepare a new J&C accordingly.

IT IS SO ORDERED.

Signed: April 25, 2013

Graham C. Mullen
United States District Judge