IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:93-cr-00028-GCM

| UNITED STATES, | |
|---|---|
| Plaintiff, | |
| v. | **ORDER** |
| JEREMIAH WELDON SLOAN, | |
| Defendant. | |

**THIS MATTER** comes before the Court on the Court's own motion. Defendant Jeremiah Weldon Sloan filed a pro se Motion to Reduce Sentence Pursuant to First Step Act (Doc. No. 105) and counseled Supplement to Defendant's Pro Se Motion to Reduce Sentence Under the First Step Act (Doc. No. 112). The Court instructs the Government to respond to this Motion within thirty (30) days of entry of this Order.

**SO ORDERED**.

Signed: April 22, 2021

Graham C. Mullen
United States District Judge