IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:93-CR-00028-GCM

UNITED STATES OF AMERICA,

v.

JEREMIAH WELDON SLOAN.

**ORDER**

**THIS MATTER** is before the court on the pro se Motion for Early Termination of Supervised Release filed on May 29, 2024. For cause shown, the motion is **GRANTED** effective the date of the signing of this Order.

**IT IS SO ORDERED.**

Signed: May 30, 2024

Graham C. Mullen
United States District Judge