IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:93-CR-00028-GCM

| UNITED STATES OF AMERICA, | |
|---|---|
| v. | **ORDER** |
| JEREMIAH WELDON SLOAN. | |

**THIS MATTER** is before the court on the pro se Motion for Early Termination of Supervised Release filed on May 29, 2024. For cause shown, and upon consent of the United States of America, the motion is **GRANTED** effective the date of the signing of this Order.

**IT IS SO ORDERED.**

Graham C. Mullen
United States District Judge